# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144830

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

EDWARD IAN ROBINSON,
　　　　　Defendant-Appellant.

SC: 144830
COA: 302274
Washtenaw CC: 10-000527-FC

_____/

　　　　On order of the Court, the application for leave to appeal the February 28, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

Clerk

p0716